**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Stacy Ophelia McGee v. Ruben Nathan Garcia

Appellate case number:   01-18-00830-CV

Trial court case number: 16-FD-2549

Trial court:             County Court at Law No. 1 of Galveston County

Mark Aronowitz has filed a motion to withdraw as counsel for appellant, Stacy Ophelia McGee. *See* TEX. R. APP. P. 6.5(a), (b).  The motion is **granted**.

Mark Aronowitz is directed to immediately notify appellant "of any deadlines or settings that [he] knows about at the time of the withdrawal but that were not previously disclosed to [appellant]" and file a copy of the notice provided to appellant with the Clerk of this Court.  *See id.* 6.5(c).

The Clerk of this Court is directed to note Mark Aronowitz's withdrawal as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: October 9, 2018